## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MICHAEL GRANT DAY                                                                                    PLAINTIFF

v.                                              No. 4:13CV00672 JLH-HDY

SABRINA THOMPSON                                                                                   DEFENDANT

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 24th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE