# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MICHAEL GRANT DAY                                                              PLAINTIFF

v.                              No. 4:13CV00672 JLH-HDY

SABRINA THOMPSON                                                              DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 24th day of January, 2014.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE